UNITED STATES, on the Petition of Marinelli ROCCO, on the Relation of Marinelli CONSTANTINO, Relator-Appellant, v. Arthur J. KARNUTH, District Director of Immigration, and Charles F. Zimmerman, Sheriff of Erie County, Respondents-Appellees.

Circuit Court of Appeals, Second Circuit.
April 15, 1929.

No. 335.

Matthew W. Bennett, of Buffalo, N. Y., for relator.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (Richard A. Grimm, Asst. U. S. Atty., of Buffalo, N. Y., of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed, on authority of Lew Shee v. Nagle (C. C. A.) 22 F.(2d) 107, John Shillito Co. v. McClung (C. C. A.) 51 F. 868, and U. S. ex rel. Chin Fook Wah v. Dunton (D. C.) 288 F. 959.

Edgar A. WARD and Agnes E. Ward, Co-partners Trading as E. A. Ward & Co., Plaintiffs-Appellees, v. WESTERN ASSURANCE COMPANY, Defendant-Appellant.

Circuit Court of Appeals, Second Circuit.
April 15, 1929.

No. 263.

Park, Mattison & Lynch, of New York City (Samuel Park and Anthony V. Lynch, Jr., both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

Kathleen WILMOTT, Appellee, v. CLYDE STEAMSHIP COMPANY, Appellant.

Circuit Court of Appeals, Second Circuit.
March 18, 1929.

No. 243.

Clement E. Dunbar, of New York City, for appellant.

John J. Sammon and Levy & Becker, all of New York City, for appellee.

PER CURIAM. Judgment affirmed.

In the Matter of Harry WINTER, Trading as Regent Cap Company, Bankrupt, Appellant.

Circuit Court of Appeals, Second Circuit.
March 14, 1929.

No. 251.

Benjamin Berger, of New York City, for appellant.

Benjamin Siegel, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

Wirt K. WINTON, Administrator, etc., Plaintiff In Error, v. M. E. CADENHEAD, Administrator, etc., Defendant in Error.

Circuit Court of Appeals, Eighth Circuit.
March 21, 1929.

No. 8560.

D. Haden Linebaugh and Paul Pinson, both of Muskogee, Okl., for plaintiff in error.

Cad Mathis, of McAlester, Okl., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, per stipulation of parties.